AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

JOSE ESQUIVEL-ESCOBAR

CASE NUMBER: ___08 CR 606-IEG___

I, JOSE ESQUIVEL-ESCOBAR, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___3/4/ 2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

MAR - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER